

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00203-CR

**EX PARTE ARMANDO RAMOS**,
Appellant

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On August 24, 2021, we abated this cause to the trial court to conduct a hearing at which appellant, appellant's attorney, and State's counsel shall be present to determine: (1) whether appellant desires to prosecute his appeal; (2) whether appellant wishes to discharge his appointed attorney and proceed with his appeal pro se; (3) whether the waiver of assistance of counsel is made voluntarily, knowingly and intelligently; (4) whether appellant's decision to proceed pro se is in the best interest of appellant and of the State, and in the furtherance of the proper administration of justice; and (5) whether appellant is fully aware of the dangers and disadvantages of self-representation. We ordered the trial court to have a court reporter prepare a reporter's record of the hearing. We ordered the reporter's record, and a supplemental clerk's record containing the trial court's findings, to be filed with the Clerk of this Court no later than September 23, 2021.

On September 22, 2021, the trial court requested an extension of the deadline to November 1, 2021. The requested extension is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court